**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02331-BNB

DALE P. ARMELIN,

     Plaintiff,

v.

PATRICK R. DONOHOE, Postmaster General,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's motion for extension of time to amend his complaint filed on September 7, 2012 (ECF No. 5) is DENIED as moot. Plaintiff already was granted a thirty-day extension to file an amended complaint in the order of September 5, 2012 (ECF No. 4).

Dated: September 13, 2012