IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02331-LTB

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONOHOE, Postmaster General,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 30, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 30 day of November, 2012.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ S. Grimm
        Deputy Clerk