# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02331-LTB

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONOHOE, Postmaster General,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion for payment (ECF No. 15) that Richard G. Lujan, who is not a party to this action, filed on August 21, 2013, is DENIED.  The Court is not responsible for reimbursement of expenses pursuant to the subpoena.  The clerk of the Court is directed to mail a copy of this minute order to Mr. Lujan at the Aurora, Colorado, address listed on the motion.

Dated:  August 26, 2013